AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V. | U.S. District Court Southern District of Alabama | 06/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

John C. Campbell United States Courthouse
113 St. Joseph Street
Mobile, Alabama 36602

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Director & V.P. Communications | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Southwest Bancshares, Inc. (Director's fees) |
| 2. | 2012 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 8 - 10, 2012 | Washington, DC | Attend FJA Board meeting | transportation, hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Community Bank, Chatom, AL (See note) | Note secured by lot, house and rental cottage in Fairhope, AL | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock (see note) | E | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | A | Interest | M | T | | | | | |
| 3. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 4. Army Aviation Center FCU | A | Interest | J | T | | | | | |
| 5. 1/2 interest in Virginia Properties, LLC (see note) | | None | K | W | | | | | |
| 6. Morgan Stanley Brokerage Account | E | Int./Div. | P1 | T | | | | | |
| 7. -- Bank Deposit Program Morgan Stanley Bank | A | Interest | N | T | | | | | |
| 8. -- Apple Computer Inc. common stock | B | Dividend | M | T | | | | | |
| 9. -- Biotech Holders Tr stock | A | Dividend | K | T | Sold (part) | 09/10/12 | J | | |
| 10. -- Coca Cola stock | B | Dividend | K | T | | | | | |
| 11. -- Diageo PPLC SponADR stock | C | Dividend | M | T | | | | | |
| 12. -- Duke Energy Corp Hldg. Co. stock | B | Dividend | K | T | | | | | |
| 13. -- Ishares MSCI Aust Index Fund | B | Dividend | K | T | | | | | |
| 14. -- Ishares MSCI Brazil (free) Index Fund | A | Dividend | J | T | | | | | |
| 15. -- Kimberly Clark Corp. stock | C | Dividend | L | T | | | | | |
| 16. -- Microsoft common stock | B | Dividend | K | T | | | | | |
| 17. -- Monsanto Co. stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Nestle Spon ADR stock | C | Dividend | M | T | | | | | |
| 19. -- Pepsico Inc. NC stock | C | Dividend | M | T | | | | | |
| 20. -- Powershares Exchange TR Fund | A | Dividend | K | T | | | | | |
| 21. -- Powershares Water Res PTF | A | Dividend | L | T | | | | | |
| 22. -- Royal Bank of Scotland ser Q | C | Dividend | K | T | | | | | |
| 23. -- Sanofi CVR Rts 123120 | | None | J | T | | | | | |
| 24. -- Sherwin Williams Co. Ohio stock | A | Dividend | L | T | | | | | |
| 25. -- Target Corp. stock | A | Dividend | K | T | | | | | |
| 26. -- The Advisory Board Co. stock | | None | K | T | | | | | |
| 27. -- U. S. Bancorp common stock | B | Dividend | L | T | | | | | |
| 28. -- Alabama St Ser A Genl Obl Bond | B | Interest | L | T | | | | | |
| 29. -- Seariver Maritime Def Interest Debenture zero coupon | | None | | | Redeemed | 09/04/12 | M | F | |
| 30. -- BAC Capital Trust | A | Interest | | | Redeemed | 07/25/12 | K | B | |
| 31. -- JPM Chase Cap XVI | B | Interest | K | T | | | | | |
| 32. -- American Amcap A Mutual Fund | A | Dividend | L | T | | | | | |
| 33. -- American Growth Fund of America A Mutual Fund | A | Dividend | K | T | | | | | |
| 34. -- American Inv Co. of America A Mutual Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Allstate Life Variable Annuity | | None | L | T | | | | | |
| 36. Morgan Stanley Retirement Account (IRA) | A | Interest | L | T | | | | | |
| 37. -- Managers Candance Capp App A | | None | L | T | | | | | |
| 38. -- Morgan Stanley Liquid Asset Fund | A | Interest | J | T | | | | | |
| 39. 1/12 mineral rights, parcel in Washington County, Alabama | | None | J | W | | | | | |
| 40. 12.5 interest in Daphne Offices, LLC, Daphne, AL (see note) | D | Rent | M | W | | | | | |
| 41. 15.625% interest in office bldg., Bay Minette, AL (see note) | C | Rent | | | Merged (with line 40) | 07/13/12 | K | | See note |
| 42. 34% int in South Baldwin Offices,LLC,Foley, AL (see note) | C | Rent | | | Merged (with line 40) | 07/26/12 | L | | See note |
| 43. 16.24% interest in Stockton Oaks, LLC (see note) | | None | K | W | | | | | |
| 44. 1/6 interest in ▨▨▨▨ property in Magnolia Springs, AL | | None | K | W | | | | | |
| 45. 1/3 interest in real estate parcel #1 in Washington Cty ,AL | | None | L | W | | | | | |
| 46. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 47. 1/2 int in real estate Parcel #3 in Washington Cty, AL | | None | J | W | | | | | |
| 48. 3% interest in realty in Fairhope, AL (see note) | | None | K | R | | | | | |
| 49. Ameritrade IRA | D | Int./Div. | N | T | | | | | |
| 50. -- Fairhome Fund | | | | | Buy (add'l) | 03/09/12 | J | | |
| 51. | | | | | Buy (add'l) | 03/15/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/27/12 | J | | |
| 53. | | | | | Sold (part) | 05/29/12 | J | | |
| 54. | | | | | Sold (part) | 05/31/12 | J | | |
| 55. | | | | | Sold (part) | 06/05/12 | J | | |
| 56.   -- First Eagle Global Fund Class 1 | | | | | | | | | |
| 57.   -- First Eagle Gold Fund Class 1 | | | | | Sold | 07/11/12 | K | | |
| 58.   -- Ameritrade cash account | | | | | | | | | |
| 59.   -- Pimco Stockplus SH Strat Fund | | | | | Sold (part) | 01/19/12 | J | | |
| 60. | | | | | Sold (part) | 01/26/12 | J | | |
| 61. | | | | | Buy (add'l) | 06/22/12 | J | | |
| 62. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 63. | | | | | Buy (add'l) | 07/10/12 | J | | |
| 64. | | | | | Sold (part) | 08/16/12 | K | | |
| 65. | | | | | Sold (part) | 09/07/12 | K | | |
| 66. | | | | | Buy (add'l) | 11/13/12 | K | | |
| 67.   -- Permanent Portfolio Fund Com | | | | | Buy (add'l) | 02/22/12 | J | | |
| 68. | | | | | Buy (add'l) | 02/29/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- Profunds Rising US Dollar Fund Inv | | | | | Buy (add'l) | 01/10/12 | J | | |
| 70. | | | | | Sold | 09/17/12 | K | | |
| 71. -- Royce Low Priced Stock Service CL (see note) | | | | | Buy (add'l) | 01/20/12 | J | | |
| 72. | | | | | Sold (part) | 05/29/12 | J | | |
| 73. | | | | | Sold (part) | 05/31/12 | J | | |
| 74. | | | | | Sold (part) | 06/04/12 | J | | |
| 75. -- SPDR Gold Tr Gold SHS Closed End Fund | | | | | Sold (part) | 03/14/12 | K | | |
| 76. | | | | | Sold | 12/18/12 | K | | |
| 77. -- Yacktman FD INc COM | | | | | Buy (add'l) | 01/05/12 | J | | |
| 78. | | | | | Buy (add'l) | 01/30/12 | J | | |
| 79. -- Blackrock FDS Health Sciences Fund | | | | | Buy | 02/03/12 | J | | |
| 80. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 81. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 82. -- Ivy Fds Science & Tec A | | | | | Buy | 09/18/12 | K | | |
| 83. -- Central Fund of Canada Closed End Fund CL A | | | | | Buy | 02/28/12 | J | | |
| 84. | | | | | Sold (part) | 12/20/12 | J | | |
| 85. --Monetta TR Young Inv Fund | | | | | Buy | 09/19/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/15/12 | K | | |
| 87. Trust #1 (see note) (see Part I, Line 1) | | None | M | T | | | | | |
| 88. Trust #2 (see note) | | None | P1 | Q | | | | | |
| 89. -- Southwest Bancshares stock | | | | | | | | | |
| 90. Morgan Stanley Account #2 (see note) | | None | K | T | | | | | |
| 91. -- Genworth Life & Annuity annuity | | None | K | T | | | | | |
| 92. Stone, Granade & Crosby P.C. 401(k) (see note) | | None | M | T | | | | | |
| 93. --American Europacific Growth | | | | | | | | | |
| 94. --Artisan Mid-Cap Value | | | | | | | | | |
| 95. --Columbia Dividend income A | | | | | | | | | |
| 96. --Harbor International Institutional | | | | | | | | | |
| 97. --Lazard Emerging Markets | | | | | | | | | |
| 98. --Neuberger Bernam Mid Cap Growth | | | | | | | | | |
| 99. --Royce Pennsylvania - Investment Class | | | | | | | | | |
| 100. --Van Eck Hard Assets | | | | | | | | | |
| 101. --Vanguard Large Cap Index Inv. | | | | | | | | | |
| 102. --Vanguard Mid-Cap Index | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Vanguard PRIMECAP Core | | | | | | | | | |
| 104. --Vanguard Small Cap Stock Index Trust | | | | | | | | | |
| 105. -- Vanguard Real Estate Securities Fund | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Line 1:  See note for Part VII, Line 48, below.

Part VII, Line 1:  Appraisal (stock valuation) of stock value as of 12/31/2012.

Part VII, Line 5: Virginia Properties owns [       ] real estate in Baldwin County, Alabama

Part VII, Line 40:  Members of [       ] law firm, Stone, Granade & Crosby, owned varying interests in the office building in Bay Minette, AL (Line 41) and in the two LLCs which owned the other buildings that housed the branches of the firm in Daphne, AL (Line 40) and Foley, AL (Line 42).  They plan to consolidate tow of the offices into a new office to be built in Daphne, AL.  In order to accomplish a fair distributiopn of ownership amon the members of the law firm, a somewhat complex arrangement was effected in 2012. [       ] conveyed [   ] interest in the Bay Minette, AL office building (Line 41) to Daphne Offices, LLC (Line 40) on 7-13-12.  On 7-19-12, the owners of the lot where the new office is to be constructed conveyed that lot to Daphne Offices LLC in a 1031 exchange for the Daphne, AL office building that was owned by Daphne Offices, LLC.  On 7-26-12, South Baldwin Offices, LLC (Line 42) merged into Daphne Offices, LLC, and [       ] contributed [   ] s 34% of South Baldwin offices, LLC, worth $85,000.00 to Daphne Offices, LLC.  On 12-1-12, other members of the law firm made additional monetary capital contributions to Daphne Offices, LLC, plus a payment to [       ] of $10,312, which caused [       ] interest in Daphne Offices, LLC to be reduced to 12.5%.  That interest, at the end of 2012, was valued at $228,438.00.

Part VII, Line 41:  Office Building in Bay Minette, AL.  Appraised in 2002 for $300,000.  [       ] 15.625% interest was conveyed to Daphne Offices, LLC on 7/13/12 - see Line 40, above.

Part VII, Line 42:  South Baldwin Offices, LLC owed an office building and lot in Foley, AL, last appraised in April 2001 for $200,000.  See note to Lin  40, above.

Part VII, Line 43:  Stockton Oaks, LLC owns [       ] in North Baldwin County, AL, with an estimated value of $223,000.  16.24% of  $223,000 is $35,680

Part VII, Line 48:  This was inadvertently left off the report for 2011. [                                        ] a lot in Fairhope, AL on 4/27/11, [                        ] r. [              ] s interest is a 3% undivided interest.  On that same date in 2011, my [                        ] r were co-makers of a note for $385,000 from First Community Bank, Chatom, AL, secured by the property.  In 2012, a house, and rental cottage [              ], were built on the lot, at a cost of $352,000.  The three owners were comakers of a new note from First Community Bank for $657,000 in October, 2012, secured by the property and house.

Part VII, Line 87:  The only asset in Trust #1 is a Metropolitan Life permanent life insurance policy.

Part VII, Line 88:  The only asset in Trust #2 is stock of Southwest Bancshares, some of which was a gift from a relative, and the rest purchases.  The value of the trust is derived from an appraisal of the stock value as of 12/31/2012.  Ther is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 90:  Formerly Morfgan Stanley Smith Barney Citigroup Account

Part VII, Line 92:  This is a 401(k) plan at [       ] law firm

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 06/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Callie V. Granade

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544